# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Richard,

Plaintiff(s),

v.

Pfister et al,

Defendant(s).

Case No. 1:17-cv-04677
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Richard
and against defendant(s) Illinois Department of Corrections, Pfister, Tejeda
in the amount of $750,000.00 compensatory damages; $75,000.00 punitive damages against defendant Tejeda ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Baldwin
and against plaintiff(s) Richard

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Thomas M. Durkin presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☐ decided by Judge      on a motion

Date: 8/24/2021

Thomas G. Bruton, Clerk of Court

E. Wall, Deputy Clerk